Todd C. Ringstad - State Bar # 97345
todd@ringstadlaw.com
Christopher A. Minier – State Bar # 190705
cminier@ringstadlaw.com
RINGSTAD & SANDERS, LLP
2030 Main Street, Suite 1200
Irvine, CA 92714
Telephone: (949) 851-7450
Facsimile: (949) 851-6926

Counsel for Interested Party James Myron,
Individually and as Trustee of the James Myron
Trust Dated April 12, 2001

FILED & ENTERED

APR 13 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THE OLYMPIC ON GRAND, LLC., a California Limited Liability Company,<br><br>Debtor and Debtor-in-Possession. | Case No.  2:09-10549 ER<br><br>Chapter 11 Proceeding<br><br>**ORDER GRANTING MOTION BY JAMES MYRON FOR AN ORDER TERMINATING DEBTOR'S PERIODS OF EXCLUSIVITY FOR THE FILING OF A PLAN AND OBTAINING ACCEPTANCE THEREOF, SO AS TO PERMIT THE FILING OF A PLAN BY JAMES MYRON**<br><br>HEARING:<br>DATE:    April 8, 2009<br>TIME:    10:00 a.m.<br> PLACE:  Courtroom 1568<br>             255 East Temple Street<br>             Los Angeles, CA 90012 |

The Court having heard and considered the Motion filed by secured creditor and interested party James Myron, individually and as trustee of the James Myron Trust dated April 12, 2001 (hereafter collectively "Myron") for an Order Terminating Debtor's Periods of Exclusivity for the Filing of a Plan and Obtaining Acceptance Thereof (the "Motion"), the Opposition to the Motion filed by Vineyard Bank, and the Reply to the Opposition filed by Myron, and good cause appearing therefor, it is hereby

Main Document    Page 2 of 6

1    ORDERED that the exclusivity periods set forth in 11 U.S.C. § 1121(b) and (c) for the
2    filing of a Plan and Disclosure Statement by Debtor is hereby modified such that Myron shall be
3    permitted to forthwith file a Plan and Disclosure Statement, and to solicit acceptance thereof in
4    accordance with applicable law.

**###**

DATED: April 13, 2009

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2030 Main Street, Suite 1200, Irvine, CA 92604

The foregoing document described **ORDER GRANTING MOTION BY JAMES MYRON FOR AN ORDER TERMINATING DEBTOR'S PERIODS OF EXCLUSIVITY FOR THE FILING OF A PLAN AND OBTAINING ACCEPTANCE THEREOF, SO AS TO PERMIT THE FILING OF A PLAN BY JAMES MYRON** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 9, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

■ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 9, 2009 | Becky Metzner | /s/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

### SERVICE LIST

| SERVED BY OVERNIGHT MAIL | SERVED BY EMAIL |
|---|---|
|  | Marc Weitz, Esq.<br>The Law Offices of Marc Weitz<br>633 W. Fifth Street, Ste. 2800<br>Los Angeles, CA 90071<br>marcweitz@weitzlegal.com<br><br>Office of the United States Trustee<br>725 S. Figueroa St., 26th Floor<br>Los Angeles, CA 90017<br>ron.maroko@usdoj.gov<br><br>Michael Gerard Fletcher, Esq.<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Boulevard, 17th Floor<br>Los Angeles, CA 90048-4920<br>mfletcher@frandezel.com |

Ringstad & Sanders
L.L.P.
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)* **ORDER GRANTING MOTION BY JAMES MYRON FOR AN ORDER TERMINATING DEBTOR'S PERIODS OF EXCLUSIVITY FOR THE FILING OF A PLAN AND OBTAINING ACCEPTANCE THEREOF, SO AS TO PERMIT THE FILING OF A PLAN BY JAMES MYRON** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____

■ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

■ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

| **SERVICE LIST** ||
|---|---|
| **SERVED BY OVERNIGHT MAIL** | **SERVED BY EMAIL** |
| | Marc Weitz, Esq.<br>The Law Offices of Marc Weitz<br>633 W. Fifth Street, Ste. 2800<br>Los Angeles, CA 90071<br>marcweitz@weitzlegal.com<br><br>Office of the United States Trustee<br>725 S. Figueroa St., 26th Floor<br>Los Angeles, CA 90017<br>ron.maroko@usdoj.gov<br><br>Michael Gerard Fletcher, Esq.<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Boulevard, 17th Floor<br>Los Angeles, CA 90048-4920<br>mfletcher@frandezel.com<br><br>Todd C. Ringstad, Esq.<br>Ringstad & Sanders LLP<br>2030 Main Street, Ste. 1200<br>Irvine, CA 92614<br>todd@ringtadlaw.com<br>becky@ringstadlaw.com |

Ringstad & Sanders L.L.P.
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450